**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARSHALL EDWARDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:23-CV-234 PLC |
| ) | |
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is a post-dismissal response brief to the Order to Show Cause. The brief is authored by an individual who signed his name as "Jose Martinez," and it does not appear that he is a licensed attorney, nor is he one of the plaintiffs in this action. *See* 28 U.S.C. § 1654 (In all courts of the United States, parties may plead and conduct their own cases personally or by counsel).

Additionally, the response brief was due to the Court on March 22, 2023, and it was filed two days late, on March 24, 2023. Because the Court did not receive the response brief in a timely manner, the Court dismissed this action on March 23, 2023, pursuant to Federal Rule of Civil Procedure 41(b).

Because the response brief was not submitted by the named parties in this action or an authorized attorney on their behalf, and the brief was submitted two days late, the Court will strike the brief from these proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the late response brief submitted by Jose Martinez on behalf of plaintiffs is **STRICKEN** from this action. The response brief will not be considered by the Court.

- 2 -

**IT IS HEREBY CERTIFIED** that an appeal of the dismissal of this action would not be taken in good faith.

Dated this 27th day of March, 2023.

                                                    */s/ Henry Edward Autrey*
                                                HENRY EDWARD AUTREY
                                            UNITED STATES DISTRICT JUDGE